(May 12, 1939.)

Donato Dellatte, Respondent, v. Empire Steamship Service Corp. and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.; Martin, P. J., dissents.

In the Matter of the Petition of George F. Thompson, Respondent, to Have Determined and Enforced an Attorney's Lien against Anahma Realty Corporation, Appellant.— Order entered July 11, 1938, unanimously modified by reducing the lien allowed for the services rendered in the Park-Lexington Corporation foreclosure proceedings and 77B reorganization proceedings to $32,476 and by reducing the lien allowed for services rendered in the action brought by Anahma Realty Corporation against Rockefeller Center, Inc., to $3,500, thus reducing the lien awarded to petitioner to $26,861.58, and as so modified affirmed, without costs. Appeal from order entered August 9, 1938, dismissed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Santiago Gutierrez, Alias Santiago Gutierrez Cebollero Rios, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Rose Silk Mills, Inc., Respondent, v. Cleveland Cloth Mills, Appellant, Impleaded with Others, Defendants.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Edward E. Babcock, Appellant, v. Martha S. Reynolds, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Nicholas J. Cassavetes, Respondent, v. Pharos Agency, Inc., Hellenic Bank Trust Company, Michael J. Bakopoulos, John Plastropoulos, Evangelos Hardaloupas, George Bacalos, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of a copy of the order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

George S. Wildey and Others, Appellants, v. John J. McElligott, as Fire Chief and Commissioner of the Fire Department of the City of New York, and Fiorello H. LaGuardia and Others, Constituting the Board of Retirement of the City of New York, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [167 Misc. 101.]

Ernest A. Ocon, Respondent, v. Dupont M. Newbro, Jr., Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.